**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CEDRIC GAINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:15-cv-00436** |
| | ) | |
| **v.** | ) | **Judge Nixon** |
| | ) | |
| **ANISHA WOODS-ANDERSON,** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant Anisha Woods-Anderson's Motion for Summary Judgment ("Motion"). (Doc. No. 24.) On April 20, 2016, Magistrate Judge Holmes issued a thorough Report and Recommendation ("Report") recommending that Defendant's Motion be granted and that this action be dismissed with prejudice. (Doc. No. 56 at 7.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** the Motion (Doc. No. 24) and **DISMISSES** this case **with prejudice**. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

It is so ORDERED.

Entered this the 10th day of May, 2016.

_____

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT